# CRESCI
## LAW FIRM
A Limited Liability Company

---

**Peter J. Cresci, Esq.**
**Drew M. Pratko, Esq.**

-------

**830 Avenue A, PO Box 74**
**Bayonne, New Jersey 07002**
**Telephone: (201) 436-4126/7**
**Telecopier: (201) 436-9220**

1270 Ave of the Americas, Suite 604
New York, New York 10020
Telephone: (212) 332-1346
Telecopier: (212) 332-1334

10175 Campbell Road
Paris, New York 13456
Telephone: (315) 368-7764
Telecopier: (315) 737-0042

E-mail: Crescilegal@gmail.com

July 2, 2014

Hon. Jed S. Rakoff											*Via ECF*
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14B
New York, NY 10007-1312

*[stamped: 7/3/14]*

    Re:    **Laura Brod v. John Does 1-3, et als.**
              Docket No. 14-CIV-3959 (JSR)
              Our File No. 14-6214

Dear Judge Rakoff:

    Pursuant to the above captioned matter, please be advised there is a court conference scheduled for Tuesday, July 8, 2014. As no answer has been filed in response to Plaintiff's Complaint, we must assume that Defendants do not yet have representation. Additionally, we do not have all requested information back from certain entities and, as such, have been unable to serve all parties of the lawsuit. As there have been no answers filed, there would be no other attorney to attend the conference.

    As such, we must request an adjournment of the July 8th court conference to allow time to gather the proper information and serve the defendants.

    Thank you for your time and cooperation in this matter. If you have any questions, I may be contact at my office, (201) 436-4126/4127.

                                      Sincerely,

                                      *Peter J. Cresci, Esq. /s/*
Encl.                               Peter J. Cresci, Esq.
                                    For the Firm

---

*[Handwritten note by Judge:]* Denied. If, as appears, at least some defendants have been served, we need to move forward. SO ORDERED. /s/ Jed S. Rakoff USDJ 7-2-14

Endorsement on 14cv3959 JSR  MEL dtd July 2 2014

Denied.  If, as appears, at least some defendants have been served, we need to move forward.