# CRESCI
# LAW FIRM

A Limited Liability Company

---

**Peter J. Cresci, Esq.**
**Drew M. Pratko, Esq.**

-------

830 Avenue A, PO Box 74
Bayonne, New Jersey 07002
Telephone: (201) 436-4126/7
Telecopier: (201) 436-9220

1270 Ave of the Americas, Suite 604
New York, New York 10020
Telephone: (212) 332-1346
Telecopier: (212) 332-1334

10175 Campbell Road
Paris, New York 13456
Telephone: (315) 368-7764
Telecopier: (315) 737-0042

E-mail: Crescilegal@gmail.com

July 3, 2014

Hon. Jed S. Rakoff
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 14B
New York, NY 10007-1312

*Via ECF*

Re: **Laura Brod v. John Does 1-3, et als.**
Docket No. 14-CIV-3959 (JSR)
Our File No. 14-6214

Dear Judge Rakoff:

Pursuant to the above captioned matter, we write again with regard to the court conference scheduled for Tuesday, July 8, 2014. This matter was just filed on June 3, 2014. No defendants have yet been served; we are still within the time to serve as per the rules of procedure.

Additionally, I have a pre-trial conference on another case scheduled for the same day and time in the USDC in Newark.

As no defendant has been served in this case, and due to my scheduling conflict, we respectfully request the Court re-schedule the conference, or alternatively, allow me to participate telephonically.

Thank you for your time and cooperation in this matter. If you have any questions, I may be contact at my office, (201) 436-4126/4127.

Sincerely,

*Peter J. Cresci, Esq. /s/*
Peter J. Cresci, Esq.
For the Firm

Encl.

---

*Handwritten endorsement:*

7/3/14

Based on these new representations and the need to identify the internet defendants, the Initial Conference is adjourned to September 16, 2014 at 4 p.m. No further adjournments will be granted. SO ORDERED

Jed S. Rakoff, USDJ

Endorsement on 14cv3959 JSR MEL dtd July 3 2014

Based on these new representation and the need to identify the internet defendants the Initial Conference is adjourned to September 16, 2014 at 4:00pm. No further adjournments will be granted.

Case 1:14-cv-03959-JSR   Document 5   Filed 07/03/14   Page 2 of 2